Robert A. Simon
Texas Bar No. 18390000
**WHITAKER CHALK SWINDLE
& SCHWARTZ, PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
**COUNSEL FOR THE JOINTLY
ADMINISTERED DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CONEX EQUIPMENT | § | CASE NO: 18-43727-mxm-11 |
| MANUFACTURING, LLC, *et al.*[1] | § § | CHAPTER 11 |
| Debtors. | § § | (Jointly Administered) |

### MODIFICATION TO DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANZATION PURSUANT TO 11 U.S.C. § 1127(A) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3019(A)

**TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:**

Conex Equipment Manufacturing, LLC ("Conex"), C.R.P. Machine and Welding, Inc. ("CRP") and Ronald Lynn Perdue and Cathy Lea Perdue (the "Perdues), jointly administered Debtors in Possession (collectively the "Debtors"), hereby modify (the "Modification") their First Amended Joint Plan of Reorganization [Docket No. 129] as follows:

---

[1] The jointly administered Debtors are Conex Equipment Manufacturing, LLC, a Texas limited liability company, Case No. 18-43727-mxm-11, C.R.P. Machine and Welding, Inc., a Texas corporation, Case No. 18-43729-mxm-11, and the Ronald Lynn Perdue and Cathy Lea Perdue, as jointly filed individuals, Case No. 18-4731-mxm-11. All pleading and notices affecting any of the Debtors should be filed in the Lead Case.

MODIFICATION OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION - Page 1
DMS 406995

## I.

## MODIFICATION

Section 6.2 of the Plan is modified to state that the Debtors will borrow $80,000 from Joyce Ann Lennard to help fund the $120,000 lump sum payment owed to Trench Tech, Inc., on or before July 1, 2019. Conex and CRP will execute a Secured Promissory Note (the "Note") payable to Joyce Ann Lennard to evidence that indebtedness. The Note will bear interest at 18% annually and will be payable over five (5) years in equal monthly payments of $2,031.47, beginning on August 15, 2019, with no penalty for prepayment. A true and correct unsigned copy of the Note is attached hereto, incorporated herein by this reference, and marked as **Exhibit "1."**

The Note will be secured by a second lien deed of trust (the "Lennard Deed of Trust"), junior to the existing first lien Deed of Trust held by Colonial Savings, F.A., on the real property located at 5255 Wilbarger Street, Fort Worth, Texas 76119 (the "Real Property"). Perdue Management, LLC, a non-debtor affiliate, and owner of the Real Property, will execute the second lien deed of trust (the "Lennard Deed of Trust"). A true and correct unsigned copy of the Lennard Deed of Trust is attached hereto, incorporated herein by this reference, and marked as **Exhibit "2"**.

All references in Section 6.2 to Debtors borrowing additional funds from Colonial Savings, F.A. to fund payments due under the Plan are deleted.

## II.

## APPROVAL BY COURT

The Plan has not yet been confirmed. Pursuant to 11 U.S.C. § 1127(a) and Federal Rule of Bankruptcy Procedure 3019(a), and subject to Court approval at the confirmation hearing scheduled on June 27, 2019, this Modification is incorporated into the Plan. This Modification

does not adversely change the treatment accorded to any class of claims and complies fully with 11 U.S.C. §§ 1122 and 1123.

## III.

## REQUESTED RELIEF

WHEREFORE, PREMISES CONSIDERED, the Debtors request that the Court approve the Modification and incorporate it into the Plan.

June 24, 2019.

Respectfully submitted,

**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**

By: /s/ ***Robert A. Simon***
    Robert A. Simon
    Texas Bar No. 18390000

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0570
Facsimile: (817) 878-0501
rsimon@whitakerchalk.com
**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of June, 2019, I served a true and correct copy of the foregoing *Modification of Debtors' First Amended Joint Plan of Reorganization* upon all parties registered to receive electronic service via this Court's ECF notification system and upon the attached service list by First Class United States Mail in a properly addressed envelope, postage prepaid.

/s/ ***Robert A. Simon***
Robert A. Simon

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ronald and Cathy Perdue
P.O. Box 686
Kennedale, TX 76060-0686

Trench Tech International, Inc.
330 Benson Lane
Roanoke, TX 76262-6353

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-0996

Tarrant County
Linebarger, Goggan, Blair & Sampson
c/o Laurie A. Spindler
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207-2328

Harold R. Lennard, Jr.
621 NE 5th Street
Grand Prairie, TX 75050-3736

Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29603-0587

Bankers Direct
P.O. Box 660448
Dallas, TX 75266-0448

Boyd Metals of OKC
c/o Noteware Law Firm
100 E. Ferguson, Suite 910
Tyler, TX 75702

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29602

American Express National Bank
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Fabricon, Inc.
1146 Explorer St
Duncanville, TX 75137-3054

Godfrey Butane Co.
2947 W. Division
Arlington, TX 76102-3498

HRS Fastener, Inc.
716 Avenue H. E
Arlington, TX 76011-3104

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604-2863

Hudson Energy
105 Decker Ct, Suite 1050
Irving, TX 75062-2338

Industrial Metal
4023 Singleton Blvd.
Dallas, TX 75212-3506

U.S. Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1074

Maples O'Day & Associates
3717 S. University Drive
Fort Worth, TX 76109-3719

Meridian Propane
7808 Jacksboro Highway
Fort Worth, TX 76135-4318

Metro Gear
P.O. Box 971
Arlington, TX 76004-0971

Mims Steel
P.O. Box 59925
Dallas, TX 75229-1925

Motion Industries
P.O. Box 849737
Dallas, TX 75284-9737

North Texas Machine Tool Group
11052 Shady Trail, Suite 203
Dallas, TX 75229-7624

Production Metals
5233 Kaltenbrun Road
Fort Worth, TX 76119-6430

The Prichard Law Firm
David L. Prichard
1244 Southridge Court, Suite 102
Hurst, TX 76053-4307

Trace Metals Industries
2944 South Main Street
Fort Worth, TX 76110-4225

Unifirst
P.O. Box 7580
Fort Worth, TX 76111-0580

WT Grinding & Supply
307 W. Fork Drive
Arlington, TX 76012-9490

Colonial Savings
P.O. Box 938
Fort Worth, TX 76101-0938

| | | |
|---|---|---|
| Ally Financial<br>P.O. Box 130424<br>Roseville, MN  55113-004 | US Bank National Association<br>P.O. Box 108<br>St. Louis, MO  63166-0108 | Best Buy<br>Attn: Bankruptcy<br>PO Box 790441<br>St. Louis, MO  63179-0441 |
| Biotel / Lifewatch<br>10255 W. Higgins Rd<br>Rosemont, IL  60018-5606 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase<br>P.O. Box 6294<br>Carol Stream, IL  60197-6294 |
| JP Morgan Chase Bank<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Ste 200<br>San Diego, CA  92177 | Credit Union of Oklahoma<br>P.O. Box 53005<br>Oklahoma City, OK  73152-3005 | DATCU Credit Union<br>P.O. Box 827<br>Denton, TX  76202-0827 |
| Danbury Mint<br>P.O. Box 371323<br>Pittsburgh, PA  15250-7323 | Dillards<br>P.O. Box 51193<br>Los Angeles, CA  90051-5493 | Genesis FS Card Services<br>P.O. Box 23067<br>Columbus, GA  31902-3067 |
| Heart and Sleep Clinic of America<br>P.O. Box 14000<br>Belfast, ME  04915-4033 | Macys<br>P.O. Box 8058<br>Mason, OH  45040-8058 | MediCredit (MCA Hospital)<br>P.O. Box 1629<br>Maryland Heights, MO  63043-0629 |
| Medical Center of Arlington<br>Resurgent Capital Services<br>P.O. Box 1927<br>Greenville, SC  29602-1927 | Medical City Arlington<br>P.O. Box 99400<br>Louisville, KY  40269-0400 | MidSouth Adjustment<br>100 E. 11th Street, Suite K<br>Pine Bluff, AR  71601-4217 |
| MiraMed Revenue / Dept. 77304<br>P.O. Box 77000<br>Detroit, MI  48277-0304 | Ocean Canyon Properties / Tres Rios<br>1001 Walnut Street<br>Texarkana, TX  75501 | Synchrony Bank<br>PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA  23541-1021 |
| Questcare Hospitalists PLLC<br>P.O. Box 202320<br>Dallas, TX  75320-2330 | Sears<br>P.O. Box 6286<br>Sioux Falls, SD  57117-6286 | Questcare Hospitalists PLLC<br>P.O. Box 90086<br>Las Vegas, NV  89193-9085 |
| Snap Diagnostics<br>P.O. Box 92170<br>Elk Grove Village, IL  60009-2170 | U.S. Attorney General<br>Department of Justice<br>Washington DC  20001 | T Mobile / T Mobile USA, Inc.<br>American InfoSource as Agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK  73118 |
| US Bank<br>Bankruptcy / Recovery Dept.<br>P.O. Box 5229<br>Cincinnati, OH  45201 | | |